AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SANDRA BRIDGES, a citizen and resident of Tennessee<br><br>*Plaintiff(s)*<br>v.<br>NCL (BAHAMAS) LTD., a Bermuda corporation d/b/a NORWEGIAN CRUISE LINES,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-23702-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINES,
c/o Registered Agent, DANIEL FARKAS, ESQ.
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paola M. Garcia, Esq.
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Nov 14, 2022

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court