## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Southern FL

Case Number: 1:22-CV-23702-KMW

Plaintiff:
**SANDRA BRIDGES, a citizen and resident of Tennessee**

vs.

Defendant:
**NCL (BAHAMAS) LTD., a Bermuda corporation d/b/a NORWEGIAN CRUISE LINES,**

For:
Philip Gerson
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, FL 33145

Received by DLE Process Servers, Inc on the 15th day of November, 2022 at 1:46 pm to be served on **Ncl (Bahamas) Ltd., D/B/A Norwegian Cruise Lines, c/o: Registered Agent, Daniel Farkas, Esq., 7665 Corporate Center Drive, Miami, FL 33126.**

I, Rafael Perez, do hereby affirm that on the **16th day of November, 2022** at **3:17 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Civil Cover Sheet and Complaint.** with the date and hour of service endorsed thereon by me, to: **Victoria Kostyrka** as **Employee Authorized** for **Ncl (Bahamas) Ltd., D/B/A Norwegian Cruise Lines,**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Rafael Perez**
Certified P.S.10017

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2022048674

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| SANDRA BRIDGES, a citizen and resident of Tennessee | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:22-cv-23702-KMW |
| v. | ) | |
| NCL (BAHAMAS) LTD., a Bermuda corporation d/b/a NORWEGIAN CRUISE LINES, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

*(handwritten notes in right margin:)* RP1001  1-16-22  3:17P  Victoric Kostyr

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINES,
c/o Registered Agent, DANIEL FARKAS, ESQ.
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Paola M. Garcia, Esq.
Gerson  & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Nov 14, 2022

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court